**FILED**
Sep 09, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE TOBIAS JIMENEZ-MARTINEZ,<br><br>Defendant. | CASE NO. 1:25-MJ-00102-SAB<br><br>**ORDER UNSEALING COMPLAINT** |

The United States, having arrested the defendant, Jose Tobias Jimenez-Martinez, on a complaint and arrest warrant and the need for sealing the complaint has ceased;

IT IS ORDERED that the complaint and arrest warrant shall be unsealed as to defendant Jose Tobias Jimenez-Martinez.

Dated: **Sep 9, 2025**

Hon. Erica P. Grosjean
United States Magistrate Judge

1