1  **Serita Rios, SBN# 246568**
2  **Law Office of Serita Rios**
   **P.O. Box 688**
3  **Fresno, California 93712**
   **Phone (559) 224-1800**
4  **Fax (559) 224-1806**
   **E-Mail: serita@seritarioslaw.com**
5
6  Attorney for Defendant JOSE TOBIAS JIMENEZ-MARTINEZ
7
8
9
10            **UNITED STATES DISTRICT COURT**
              **EASTERN DISTRICT OF CALIFORNIA**
11
12 THE UNITED STATES OF AMERICA,        )   Case No.  1:25-CR-00186-KES-BAM
                                        )
13                     Plaintiff,       )   **STIPULATION TO EXCLUDE TIME &**
                                        )   **CONTINUE STATUS CONFERENCE**
14           vs.                        )   **HEARING; AND ORDER**
                                        )
15 JOSE TOBIAS JIMENEZ-MARTINEZ,        )
                                        )   Date: December 10, 2025
16                     Defendant.       )   Time: 1:00 p.m.
                                        )   Court: Hon. Barbara A. McAuliffe
17 _____ )
18
        This matter is set for a status conference hearing on December 10, 2025. As set
19
   forth below, the parties now move, by stipulation, to continue the status conference
20
   hearing to March 11, 2025.
21
22                          **STIPULATION**
23     Defense Counsel, Serita Rios, and Assistant United States Attorney, Cody
24 Chapple, hereby stipulate as follows:
25     1.     By previous order, this matter was set for a status conference hearing on
26 December 10, 2025.
27
28

        **STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**

2.      Through this stipulation, defendant moves to continue the status conference hearing to March 11, 2025, and to exclude time between December 10, 2025, and March 11, 2025.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Counsel for defendant desires additional time to obtain and review discovery, consult with defendant, conduct investigation and to discuss potential resolution with the government.

b.      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of December 10, 2025 to March 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**

1    **IT IS SO STIPULATED.**

2

3

4    Dated: December 2, 2025                    */s/ Serita Rios*

5                                               _____
                                               **Serita Rios**
6                                               Attorney for Defendant

7

8    Dated: December 2, 2025                    */s/ Cody S. Chapple*

9                                               _____
                                               **Cody S. Chapple**
10                                              Assistant U.S. Attorney

11

12   _____

13                                **ORDER**

14           IT IS SO ORDERED that the status conference is continued from December

15   10, 2025, to **March 11, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate**

16   **Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§

17   3161(h)(7)(A).

18

19

20   IT IS SO ORDERED.

21   Dated:   **December 2, 2025**          /s/ *Barbara A. McAuliffe*

22                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**