ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00186-KES-EPG |
| Plaintiff, | |
| v. | **STIPULATION TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA HEARING, AND EXCLUDE TIME; AND ORDER** |
| JOSE TOBIAS JIMENEZ-MARTINEZ, | |
| Defendant. | |

The parties stipulate as follows:

1.     A grand jury indicted the defendant on September 18, 2025, charging him with one count of possession with intent to distribute methamphetamine and fentanyl, in violation of 21 U.S.C. § 841. Presently, a status conference is set for April 8, 2026, with time excluded to that date.

2.     On March 20, 2026, the parties filed an executed plea agreement with the court. ECF 23.

3.     Now, the parties agree to vacate the status conference on April 8, 2026, and set a change of plea hearing on April 20, 2026. The parties cleared this date with the district court.

4.     The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties therefore agree that the period from April 8, 2026, through April 20, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

1

Dated:  March 20, 2026

ERIC GRANT
United States Attorney


*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney


Dated:  March 20, 2026

*/s/ Serita Rios*
Serita Rios
Counsel for Jose Tobias Jimenez-Martinez

**ORDER**

IT IS SO ORDERED that the status conference set for April 8, 2026, is vacated. A change of plea hearing is set for **April 20, 2026, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:     **March 23, 2026**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE