**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant JOSE TOBIAS JIMENEZ-MARTINEZ.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSE TOBIAS JIMENEZ-MARTINEZ,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-CR-0186-KES<br><br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On September 17, 2025, CJA Panel Counsel, Serita Rios, was appointed to represent defendant, JOSE TOBIAS JIMENEZ-MARTINEZ. On September 18, 2025, an Indictment was filed against Mr. Martinez in federal court. Mr. Martinez was sentenced pursuant to a plea agreement on August 3, 2026; The time for filing a direct appeal was August 17, 2026, no direct appeal was filed. The trial phase of Mr. Martinez's criminal case has, therefore, come to an end. Having completed her representation of Mr. Martinez Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Martinez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 17, 2026

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

---

**ORDER**

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, JOSE TOBIAS JIMENEZ-MARTINEZ., at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Taft Community Correctional Facility
Jose Tobias Jimenez Martinez #08206-512
330 Commerce Way
Taft, CA 93268

IT IS SO ORDERED.

Dated: August 21, 2026

UNITED STATES DISTRICT JUDGE